**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00481-CV

### DAVID FUSARO, Appellant

### V.

### TRINITY UNIVERSAL INSURANCE COMPANY, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04057-2012**

## ORDER

We **GRANT** appellant's August 21, 2014 unopposed third motion for an extension of time to file a brief. Appellant shall file his brief **on or before SEPTEMBER 4, 2014**. We caution appellant that no further extension of time will be granted.

/s/     ADA BROWN
        JUSTICE